**Order filed January 16, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00963-CV
_____

**MICHAEL E. FITZMAURICE, Appellant**

**V.**

**HARVELLA JONES, Appellee**

**&**

_____

## NO. 14-12-01121-CV
_____

**WILLIAMS FITZMAURICE, DOROTHY FITZMAURICE, GREGORY BRUMBAUGH, AND KAREN MCCLURE, Appellants**

**V.**

**HARVELLA JONES, Appellee**

**On Appeal from the 155th District Court
Waller County, Texas
Trial Court Cause No. 12-10-21653**

# ORDER

On October 16, 2012, Micahel E. Fitzmaurice filed a notice of accelerated appeal, pursuant to Tex. Civ. Prac. & Rem. Code § 27.008(c), from an order signed October 10, 2012, and the appeal was assigned to this court under our appellate number 14-12-00963-CV. On December 10, 2012, Williams Fitzmaurice, Dorothy Fitzmaurice, Gregory Brumbaugh, and Karen McClure also filed a notice of accelerated appeal, pursuant to Tex. Civ. Prac. & Rem. Code § 27.008(c), from an order signed December 6, 2012, which was assigned to this court under our appellate number 14-12-01121-CV. Both appeals arise from the same trial court cause number. On December 21, 2012, appellants in both cases filed a motion to consolidate. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-12-00963-CV and 14-12-01121-CV **CONSOLIDATED.**

The briefs have been filed in appellate case number 14-12-00963-CV. Currently, appellants' brief is due on January 21, 2012, in appellate case number 14-12-01121-CV.

PER CURIAM

Panel consists of Justices Christopher, Jamison and McCally.